No. 98–1183. ANDERSON COMMUNITY SCHOOL CORP. v. WILLIS, BY HIS NEXT FRIEND AND FATHER, WILLIS. C. A. 7th Cir. Certiorari denied.

No. 98–1186. COLLUM v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 98–1190. WISCONSIN CENTRAL LTD. v. BALTIMORE & OHIO CHICAGO TERMINAL RAILROAD CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 98–1192. ORLANDI ET AL. v. MILLER, COMMISSIONER, WEST VIRGINIA DEPARTMENT OF HIGHWAYS, ET AL. Cir. Ct. Kanawha County, W. Va. Certiorari denied.

No. 98–1195. DONOVAN v. WEST, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 98–1197. HALL v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 98–1207. TURNER v. FREY ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–1213. DUPREE, AKA TAYLOR v. OREGON, BY AND THROUGH ITS DEPARTMENT OF TRANSPORTATION. Ct. App. Ore. Certiorari denied.

No. 98–1220. SALISBURY, SECRETARY, NEW MEXICO ENERGY, MINERALS AND NATURAL RESOURCES DEPARTMENT, ET AL. v. ELEPHANT BUTTE IRRIGATION DISTRICT OF NEW MEXICO ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–1223. WILLIAMS ET UX. v. KLAMATH COUNTY. Ct. App. Ore. Certiorari denied.

No. 98–1226. JOHNSTON v. NEW JERSEY ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 98–1237. EL-FADLY v. CITY OF LOS ANGELES ET AL. C. A. 9th Cir. Certiorari denied.